**Order filed February 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00039-CV

_____

### IN THE INTEREST OF E.C.S., A.M.B., T.J.B., AND K.M.S., CHILDREN,

---

**On Appeal from the County Court
Grimes County, Texas
Trial Court Cause No. 34,344-CCL**

---

## ORDER

On February 13, 2019, this court ordered appointed counsel, Michael Casaretto, to file a brief on or before February 25, 2019. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the County Court of Grimes County to immediately conduct a hearing to determine:

(1) the reason for the failure to file a brief;

(2) whether appellant desires to continue this appeal; and

(3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed.

The judge shall:

(1) appoint new appellate counsel for appellant if necessary;

(2) see that a record of the hearing is made;

(3) make findings of fact and conclusions of law; and

(4) order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions.

The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **March 8, 2019**.

If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date. **If counsel files a brief before the date set for a hearing, the trial court need not hold a hearing**.

PER CURIAM